UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HOLLIS LOCKETT,                )
                               )
        Petitioner,            )
                               )
     v.                        )      C.A. No. 05-40090-MLW
                               )
DAVID L. WINN, WARDEN,         )
                               )
        Respondent.            )

## ORDER FOR DISMISSAL

WOLF, D.J.

    In accordance with the Memorandum and Order dated October 17, 2005 (#2) directing dismissal of this action for the reasons stated therein, it is hereby ORDERED that the above captioned matter is dismissed in its entirety.

By the Court,

/s/ Dennis O'Leary
Deputy Clerk

October 18, 2005