May 10, 2006

United States District Court
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, Mass.  02210

Hollis Lockett
Prisoner #84182-020
FMC Devens
Federal Medical Center Devens
P.O. Box 879
Ayer, Mass.  01432

**In Re 4:05-cv-40090-MLW**
**Lockett v. Winn**

Dear Mr. Lockett,

Upon reviewing your Motion for Reconsideration filed on 10/28/05, the Court

has discovered that page 3 of this motion is missing from the document.  In order to accurately

review your motion, the Court is requesting that petitioner forward a complete copy of the

Motion for Reconsideration to the above address.

Respectfully,

Kathleen Boyce
Deputy Clerk